FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

99 JUL 23 AM 11:45

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| ALTEC INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 99-JEO-1546-S |
| | ) | |
| JOHN NORTH, an individual, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED

## MEMORANDUM OPINION

JUL 23 1999

The present action was filed by the plaintiff, ALTEC Industries, Inc., ("ALTEC"), in the Circuit Court of Jefferson County, Alabama, on April 22, 1999. The defendant, John North ("North"), timely removed the case to this court premised on the diversity of citizenship of the parties.

On June 10, 1999, North filed an action against ALTEC in the Court of Common Pleas for Portage County, Ohio, Case. No. 99 CV 00473. ALTEC timely removed that case to the United States District Court for the Northern District of Ohio (Case No. 5:99 CV 1650 (Judge David D. Dowd, Jr.)), premised on the diversity of the parties.

This matter is presently before the court on the Joint Motion to Transfer submitted by the parties. The parties request that this court transfer this action to the Northern District of Ohio for consolidation with Case No. 5:99 CV 1650, which is pending in that court.

Section 1404(a) of Title 28 of the United States Code provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

28 U.S.C. § 1404(a). The Joint Motion to Transfer states as follows:

> Transfer of this Alabama civil action to the Northern District of Ohio and consolidation of this civil action with the Ohio civil case, Case No. 5:99CV1650, will promote judicial economy and efficiency and will serve the convenience of the parties and witnesses, and both civil actions may have been initially filed in the Northern District of Ohio. Neither plaintiff nor defendant will contest venue in the Northern District of Ohio.

Upon consideration of the motion to transfer, this court determines that it is due to be granted insofar as it requests that the case be transferred to the Northern District of Ohio. The issue of consolidation, however, is best left for a determination by the United States District Court for the Northern District of Ohio in accordance with *Federal Rule of Civil Procedure* 42(a) and that court's local rules. To the extent that the parties request that this court order the cases consolidated, the motion is therefore due to be denied.

Accordingly, the joint motion of the parties is due to be granted in part and denied in part. The Clerk of this Court will be directed to transfer this case to the United States District Court for the Northern District of Ohio forthwith. An order consistent with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE**, this the 22nd day of July, 1999.

JOHN E. OTT
UNITED STATES MAGISTRATE JUDGE